IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

CASE NUMBER 07-05119-EAG

**NORMA I PACHECO CHRISTIAN**

CHAPTER 13

**Debtor(s)**
*********************************\

**TRUSTEE'S CERTIFICATION OF DISCHARGE**

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully, **CERTIFIES** that:

1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

**11 U.S.C. 1328(a) and LBR 3015-2(j)**

2. According to the record of the case, debtor(s) has/have NO domestic support obligation.

**11 U.S.C. 1328(f) Prior Discharge**

3. Debtor(s) has/have NOT received a discharge under Chapter 7, 11 or 12 during the 4-year period preceding the date of the filing of this petition.

4. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

**11 U.S.C. 1328(g)**
**Instructional Course Requirement**

5. Debtor(s) has/have filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

**11 U.S.C. 1328(h)**

6. Section 1328(h) is not applicable in the present case.

**WHEREFORE,** it is respectfully requested from this Honorable

Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all non CM/ECF participants.

In San Juan, Puerto Rico, this 6/17/2013.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com

By: /s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA

07-05119-EAG                                     CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| COMMOLOCO INC<br>BANKRUPTCY DEPARTMENT<br>PO BOX 363769<br>SAN JUAN, PR  00936-3769 | ORIENTAL BANK AND TRUST<br>PO BOX 364745<br>SAN JUAN, PR  00936-4745 |
| PRA RECEIVABLES MANAGEMENT LLC<br>AS AGENT PORTFOLIO RECOVERY<br>ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA  23541 | ISLAND FINANCE<br>PO BOX 71504<br>SAN JUAN, PR  00936-1504 |
| WESTERNBANK, PUERTO RICO<br>PO BOX 1180<br>MAYAGUEZ, PR  00681-1180 | ORIENTAL BANK AND TRUST<br>C/O ENRIQUE NASSAR RIZEK<br>PO BOX 191017<br>SAN JUAN, PR  00919-1017 |
| FIRST PREMIER BANK<br>601 SOUTH MINNESOTA AVE<br>SIOUX FALLS, SD  57104 | LUBE AND SOTO LAW OFFICES*<br>1130 AVE F D ROOSEVELT<br>SAN JUAN, PR  00920-2906 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS, MO  63195-3185 | RADIOSHACK<br>PO BOX 9714<br>GRAY, TN  37615 |
| CITIFINANCIAL<br>4740 121st ST<br>URBANDALE, IA  50323 | SANTANDER FINANCIAL DBA ISLAND FINANCE<br>C/O LIGIA RIVERA BUJOSA<br>PO BOX 7011<br>PONCE, PR  00732-7011 |
| CITIUSA<br>CREDIT BUREAU DISP<br>SIOUX FALLS, SD  57117 | CITIFINANCIAL INC<br>4740 121st ST<br>URBANDALE, IA  50323 |

07-05119-EAG
Page 2

PRA RECEIVABLES MANAGEMENT LLC
AS AGENT PORTFOLIO RECOVERY
ASSOCIATES
PO BOX 41067
NORFOLK, VA  23541

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN  56302-9617

MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON, TX  77210-4457

MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 268941
OKLAHOMA CITY, OK  73126-8941

NORMA I PACHECO CHRISTIAN
URB VISTAS DEL MAR
2371 CALLE AZABACHE
PONCE, PR  00716-0802

LUBE AND SOTO LAW OFFICES*
1130 AVE F D ROOSEVELT
SAN JUAN, PR  00920-2906

DATED: 6/17/2013

/s/ Walter Lugo
OFFICE OF THE CHAPTER 13 TRUSTEE